UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CELIA DE LEON,<br><br>Plaintiff,<br><br>vs.<br><br>PERFORMANT RECOVERY, INC., fka DIVERSIFIED COLLECTION SERVICES, INC.; and DOES 1 through 10, inclusive,<br><br>Defendant. | Civil Action No.: 4:13-cv-01305 |

### [PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANTS

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff CELIA DE LEON against Defendants PERFORMANT RECOVERY, INC.; and DOES 1 through 10 inclusive, are dismissed, with prejudice. Plaintiff CELIA DE LEON and Defendant PERFORMANT RECOVERY, INC. shall each bear their own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: March 7, 2014

_____
United States District Judge
Southern District of Texas